## Bill's Bar, Incorporated, Liquor License Case.

Argued June 19, 1967. *Leo H. Loffel,* for appellant, submitted a brief; *Lawrence Flick,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

## Bolger v. Bolger, Appellant.

Argued June 13, 1967. *George W. Georges,* with him *John M. McAllister,* for appellant; *Milton A. Nemeroff,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT and MONTGOMERY, JJ., absent.